LAW OFFICES

# OXFELD COHEN, P.C.
A PROFESSIONAL CORPORATION

**60 PARK PLACE, SUITE 600**
**NEWARK, NEW JERSEY 07102**

SANFORD R. OXFELD **

ARNOLD SHEP COHEN **
GAIL OXFELD KANEF **
RANDI DONER APRIL*
WILLIAM P. HANNAN**
SAMUEL B. WENOCUR **

TEL (973) 642-0161
FAX (973) 802-1055
OXFELDCOHEN.COM

250 WEST 57TH STREET
NEW YORK, NEW YORK 10107
(212) 451-1115
PLEASE REPLY TO NEWARK

RACHEL L. ADELMAN*

BARRY FRANK **
Of Counsel

BENJAMIN A. SPIVACK (1950-2012)

\* MEMBER OF NJ BAR
** MEMBER OF NJ & NY BARS
*** MEMBER OF NJ, NY & DC BARS

July 27, 2021

William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

    RE:  District 1199J, New Jersey Health Care Employers
          Benefit Fund vs. Prime Health Services DBA Saint
          Michael's Medical Center
          Civil Action No. 2:21-cv-12144

Dear Mr. Walsh:

    This is to notify the court that the above matter has been resolved between the parties. Kindly close your file.

    Thank you for attention to the above.

SO ORDERED.
/s/ Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: July 28, 2021

Very truly yours,
OXFELD COHEN, PC

/s/ Arnold Shep Cohen

ARNOLD SHEP COHEN

ASC/elj
cc:  Mary Negron, Director
     Leonard S. Spinelli, Esq.
     Judge Susan D. Wigenton
     Magistrate Judge James B. Clark

